UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZACHARIAH WILLIAM GREGORY LATNIE,
by next friend Kezia Kendall Latnie,

        Petitioner,        Case No. 1:16-cv-65

v.        Honorable Paul L. Maloney

WAYNE KANGAS et al.,

        Respondents.
_____/

**JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case is **DISMISSED** without prejudice.

Dated:  February 3, 2016        /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge